IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 3:02-1324-17 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| WEBBER U. CUNNINGHAM, ROSA | ) | |
| MARY CUNNINGHAM, a/k/a | ) | |
| ROSEMARY CUNNINGHAM, MOORE, | ) | |
| TAYLOR & THOMAS, P.A., f/k/a | ) | |
| WILSON, MOORE, TAYLOR & | ) | |
| THOMAS, P.A., LEXINGTON | ) | |
| MEDICAL CENTER, and | ) | |
| REGINALD T. CHISOLM, | ) | |
| | ) | |
| Defendant(s). | ) | |

This foreclosure action was commenced by the filing of the Complaint on April 23, 2002, an Amended Complaint on August 22, 2003, and a Second Amended Complaint on October 30, 2003. In order to restructure this matter, the plaintiff wishes to have this action dismissed. Therefore, on motion of the plaintiff, this action is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 4(m).

s/ Joseph F. Anderson, Jr.
UNITED STATES DISTRICT JUDGE

___Columbia___, South Carolina

_April 25_, 2005